# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHANIE MAGANDA MEJIA (1),<br><br>　　　　Defendant. | Case No. 23-cr-1959-JO<br><br>Booking No. 09711-506<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Based upon the motion of the United States, the Court grants the United States' motion to dismiss without prejudice the Information in the above-entitled case against defendant Stephanie Maganda Mejia. The defendant is hereby discharged.

IT IS SO ORDERED AND ADJUDGED.

DATED: 10/10/23

HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

-1-